SPENCER PERSSON (State Bar No. 235054)
spencerpersson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BOOSTED ECOMMERCE, INC.
BOOSTED NRF CORP. AND
BOOSTED COMMERCE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN THOBIAS,<br><br>             Plaintiff,<br><br>      vs.<br><br>BOOSTED ECOMMERCE, INC.,<br>BOOSTED NRF CORP. AND<br>BOOSTED COMMERCE INC.,<br><br>             Defendants. | Case No. **2:22-cv-04660-JAK (RAOx)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**<br><br>Current response date: August 8, 2022<br><br>New Response Date: September 12, 2022 |

## STIPULATION

On July 8, 2022, Plaintiff Kevin Thobias ("Plaintiff") filed his Complaint against Defendants Boosted Ecommerce, Inc., Boosted NRF Corp. and Boosted Commerce, Inc. ("Defendants"). Plaintiff served the Complaint on or about July 11, 2022.

On July 13, 2022, Plaintiff filed a First Amended Complaint (the "FAC") following discussions between Plaintiff's counsel and Defendants' counsel. The FAC was served on or about July 18, 2022.

The parties have agreed to discuss their claims against each other over the next month. Based on the scheduling of these discussions and scheduling conflicts for Defendants' counsel, the parties have agreed pursuant to this Court's Local Rule 8-3 to extend the time for Defendants to respond to the FAC from August 8, 2022 to September 12, 2022.

IT IS SO STIPULATED.

DATED: July 29, 2022

WOLFFERS COHEN & EDDERAI LLP
BERWIN COHEN

By: _____
Berwin Cohen

Attorneys for Plaintiff
KEVIN THOBIAS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DATED: August 1, 2022

DAVIS WRIGHT TREMAINE LLP
SPENCER PERSSON

By: _____
Spencer Persson

Attorneys for Defendants
BOOSTED ECOMMERCE, INC.,
BOOSTED NRF CORP. AND
BOOSTED COMMERCE, INC.

2
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On August 1, 2022, I served true copies of the following document(s) described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**

☒ **ELECTRONIC SUBMISSION:** on all the appearing and/or interested parties in this action via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on August 1, 2022, at Los Angeles, California.

☒ Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Monica Davis
Print Name                                    Signature

CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899