1 SPENCER PERSSON (State Bar No. 235054)
   spencerpersson@dwt.com
2 DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3 Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
4 Fax: (213) 633-6899

5 Attorneys for Defendants
   BOOSTED ECOMMERCE, INC.
6 BOOSTED NRF CORP. AND
   BOOSTED COMMERCE, INC.

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 KEVIN THOBIAS,                         Case No. **2:22-cv-04660-JAK (RAOx)**

12          Plaintiff,                    **NOTICE OF SETTLEMENT**

13      vs.

14 BOOSTED ECOMMERCE, INC.,
   BOOSTED NRF CORP. AND
15 BOOSTED COMMERCE INC.,

16          Defendants.

Defendants Boosted Ecommerce, Inc., Boosted NRF Corp. and Boosted Commerce, Inc. ("Defendants") hereby inform the Court and provide notice that the parties have reached a settlement. Defendants expect that a notice of dismissal will be filed by Plaintiff on or before October 24, 2022, after Defendants have fulfilled certain material terms set forth in the settlement.

DATED: September 26, 2022

DAVIS WRIGHT TREMAINE LLP
SPENCER PERSSON

By: /s/ Spencer Persson
Spencer Persson

Attorneys for Defendants
BOOSTED ECOMMERCE, INC.,
BOOSTED NRF CORP. AND
BOOSTED COMMERCE, INC.

NOTICE OF SETTLEMENT
4891-7512-5813v.1 0119029-000005

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On September 26, 2022, I served true copies of the following document(s) described as:

**NOTICE OF SETTLEMENT**

☒ **ELECTRONIC SUBMISSION:** on all the appearing and/or interested parties in this action via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on September 26, 2022, at Los Angeles, California.

☒     Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Monica Davis
Print Name                                                    Signature

CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899